UNITED STATES, Appellee

v

JOHN R. LOMIK, Private, U. S. Army, Appellant

14 USCMA 344, 34 CMR 124

No. 17,216

January 3, 1964

*Colonel Joseph L. Chalk, Captain Charles W. Schiesser,* and *Captain Robert E. Shepherd, Jr.,* were on the brief for Appellant, Accused.

*Lieutenant Colonel Francis M. Cooper* and *First Lieutenant Barrie G. Sullivan, II,* were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Baker, 14 USCMA 311, 34 CMR 91.